IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
    )    Criminal No. 19-125
v.    )
    )    Judge Cathy Bissoon
SEAN ZACHARY HORTON,    )
    )
Defendant.    )

## MEMORANDUM OPINION

Defendant's Motion (Doc. 91) for a reduction in sentence under Amendment 821 will be denied.  At Sentencing, 16 criminal history points were assessed, 14 points based on prior convictions and 2 additional "status points" – resulting in a criminal history category of VI.

Pursuant to Amendment 821, Defendant's 2 status points would be reduced to 1. His adjusted number of criminal history points, then, is 15.  This comfortably remains within criminal history category VI, which applies to defendants with a criminal history score of 13 or higher.  Defendant is ineligible for relief.  *See, e.g.*, U.S. v. Banks, 2024 WL 919835, *2 (E.D. Pa. Mar. 4, 2024) (holding same, where criminal history category was unchanged).

For these reasons, Defendant's Motion (**Doc. 91**) will be **DENIED**.  An order will be filed herewith.[1]


April 25, 2024                        s/Cathy Bissoon
                                      Cathy Bissoon
                                      United States District Judge

---

[1]   The Court will file form-order AO 247, titled, "Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)."  The document is used to facilitate the Sentencing Commission's collection and reporting of data regarding motions filed pursuant to Amendment 821.  The second page of the two page form-order is not intended for public disclosure.  Accordingly, the Court will transmit to Defendant this Memorandum Opinion and page 1 of form-Order AO 247, but not page 2.  Importantly, the information supplied on page 2 – a statement of reasons for the Court's decision – are identical to the contents of this Memorandum Opinion.  No information has been withheld.

cc (via ECF email notification):

All Counsel of Record


cc (via First-Class U.S. Mail):

Sean Zachary Horton
39491-068
USP Big Sandy
P.O. Box 2068
Inez, KY  41224